# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHANNA R. WHEELER,**<br>Plaintiff,<br>vs.<br>**CARRINGTON MORTGAGE SERVICES LLC,**<br>Defendant. | CASE NO. 19-cv-08077-YGR<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br>Re: Dkt. No. 12 |

On December 13, 2019, the Court issued an order denying *pro se* plaintiff Johanna R. Wheeler's motion for a temporary restraining order. (Dkt. No. 9.) In it, the Court found that plaintiff had not demonstrated that notice was given to defendant Carrington Mortgage Services LLC, nor had plaintiff provided the Court with enough information for it to perform a complete analysis of her motion.

On or about December 16, 2019, plaintiff filed an amended complaint and a "Supplemental Ex Parte Request for Immediate Temporary Restraining Order Relative to Fraudulent Chain of Title and Illegal Foreclosure." (Dkt. Nos. 12, 13.) In her latest motion, plaintiff represents that she has given email notice to Bruce Rose, defendant's chief executive officer who purportedly has emailed plaintiff in the past, as well as James Garnet, who is "listed as counsel for [defendant] on the 48-hour Writ of Possession notice received by Plaintiff." Plaintiff further represents that Mr. Garnet responded to her email by stating that he was not authorized to accept service on behalf of defendant. Under Federal Rule of Civil Procedure 65(b)(1), however, a plaintiff seeking a temporary restraining order need only provide written or oral *notice* to the adverse party. Having reviewed the papers submitted, the Court finds that plaintiff has provided notice of the pending motion to representatives of defendant.

Further, having reviewed the amended complaint, plaintiff's motion, and the evidence

submitted therewith, and good cause appearing, the Court **GRANTS** the motion and **ORDERS** as follows:

### ORDER TO SHOW CAUSE

Defendant Carrington Mortgage Services LLC is **ORDERED TO SHOW CAUSE** why a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees, from (i) evicting or in any way dispossessing plaintiff or her family from the property located at 36 Ruth Avenue in Hampden, Maine; (ii) taking any action to interfere with plaintiff or her family's quiet enjoyment of the property; and (iii) conveying title to the property, pending trial of this action or further order of this Court.

### TEMPORARY RESTRAINING ORDER

Pending hearing on the Order to Show Cause, defendant Carrington Mortgage Services LLC, and its agents, assigns and/or transferees, are restrained and enjoined from (i) evicting or in any way dispossessing plaintiff or her family from the property located at 36 Ruth Avenue in Hampden, Maine; (ii) taking any action to interfere with plaintiff or her family's quiet enjoyment of the property; and (iii) conveying title to the property, for a period of **14 days** from the date of this order.

**IT IS FURTHER ORDERED THAT**,

1. Plaintiff shall pay the filing fee in this action no later than **December 23, 2019**.
2. Plaintiff shall serve a copy of this Temporary Restraining Order and Order to Show Cause on defendant, along with the Amended Complaint, Summons, and all papers filed in connection with this request for temporary restraining order to date no later than **December 24, 2019, at 12:00 p.m.** by overnight or personal service on defendant's officers or registered agents for service of process. Plaintiff shall also send a courtesy copy of these documents to Bruce Rose and James Garnet at the addresses where they were previously sent notice of this motion. Proof of such service shall be filed with the Court no later than **December 26, 2019**.
3. Any opposition to the Order to Show Cause shall be filed no later than **December 30, 2019**.

4. Hearing on the Order to Show Cause for Preliminary Injunction shall be held on **January 3, 2020, at 2:00 p.m.** in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland, California.

The Court will entertain any reasonable request for a modified schedule for briefing and hearing on the order to show cause and extension of the temporary restraining order, if presented by stipulation of the parties. The Court further will entertain any requests for telephonic appearances filed at least **five** days prior to the hearing.[1]

**IT IS SO ORDERED.**

Dated: December 20, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Plaintiff's motion for permission to file electronically is **GRANTED**. (Dkt. No. 11.)

3