**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
JOSEPH YOON (SBN 324323)
Email: joseph.yoon@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA R. WHEELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendant. | Case No. 4:19-cv-08077-YGR<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** AND ORDER<br><br>Complaint Filed:  December 10, 2019<br>FAC Filed:            December 17, 2019<br>Trial Date:             None |

///

///

///

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff Johanna R. Wheeler, in pro per and defendant Carrington Mortgage Services, LLC, by and through its counsel of record, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned matter be DISMISSED WITH PREJUDICE. The stipulation for dismissal terminates the above-entitled action against all parties. Each party will bear their own fees and costs.

Dated: 2/27/2020

**AKERMAN LLP**

By: /s/ Parisa Jassim
Preston K. Ascherin
Parisa Jassim
Joseph Yoon
Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

Dated: 2/27/2020

By /s/ [signature]
Johanna R. Wheeler
Plaintiff, in Pro Per

CASE NO. 4:19-cv-08077-YGR
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA R. WHEELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendant. | Case No. 4:19-cv-08077-YGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  December 10, 2019<br>FAC Filed:  December 17, 2019<br>Trial Date:  None |

Having considered the stipulation by and between plaintiff Johanna R. Wheeler, and defendant Carrington Mortgage Services, LLC, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.  Each party will bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: March 4, 2020

By: _/s/ Yvonne Gonzalez Rogers_
Hon. Yvonne Gonzalez Rogers
United States District Judge